**AFFIRM; and Opinion Filed March 27, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00310-CR
No. 05-18-00530-CR
No. 05-18-00531-CR
No. 05-18-00532-CR
No. 05-18-00533-CR
No. 05-18-00534-CR

**BLAKE ANTHONY ERVIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-71200-L, F17-40081-L, F17-71199-L, F17-75838-L,**
**F17-75876-L, F17-75942-L**

## MEMORANDUM OPINION

Before Justices Brown, Schenck, and Pedersen, III
Opinion by Justice Schenck

Appellant Blake Anthony Ervin waived a jury trial and pleaded guilty to five aggravated

robbery with a deadly weapon offenses and one unlawful possession of a firearm (UPFF) offense.

Appellant also pleaded true to one enhancement paragraph contained in the indictment on each

aggravated robbery case. After finding appellant guilty and the enhancement paragraph true, the

trial court assessed punishment at forty-five years' imprisonment for each aggravated robbery

conviction and five years' imprisonment for the UPFF conviction.

On appeal, appellant's attorney filed briefs in which he concludes the appeals are wholly

frivolous and without merit. The briefs meet the requirements of *Anders v. California*, 386 U.S.

738 (1967). The briefs present a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. [Panel Op.] 1978) (determining whether brief meets requirements of *Anders*). Counsel delivered a copy of the briefs to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (noting appellant has right to file pro se response to *Anders* brief filed by counsel).

We have reviewed the record and counsel's briefs. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgment in each case.

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

180310F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BLAKE ANTHONY ERVIN, Appellant

No. 05-18-00310-CR    V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 5, Dallas County, Texas
Trial Court Cause No. F17-71200-L.
Opinion delivered by Justice Schenck.
Justices Brown and Pedersen, III participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered this 27th day of March, 2019.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BLAKE ANTHONY ERVIN, Appellant

No. 05-18-00530-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 5, Dallas County, Texas
Trial Court Cause No. F17-40081-L.
Opinion delivered by Justice Schenck.
Justices Brown and Pedersen, III participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.


Judgment entered this 27th day of March, 2019.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BLAKE ANTHONY ERVIN, Appellant

No. 05-18-00531-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 5, Dallas County, Texas
Trial Court Cause No. F17-71199-L.
Opinion delivered by Justice Schenck. Justices Brown and Pedersen, III participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered this 27th day of March, 2019.



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

BLAKE ANTHONY ERVIN, Appellant

No. 05-18-00532-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 5, Dallas County, Texas
Trial Court Cause No. F17-75838-L.
Opinion delivered by Justice Schenck.
Justices Brown and Pedersen, III
participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered this 27th day of March, 2019.



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

BLAKE ANTHONY ERVIN, Appellant

No. 05-18-00533-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 5, Dallas County, Texas
Trial Court Cause No. F17-75876-L.
Opinion delivered by Justice Schenck.
Justices Brown and Pedersen, III participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.


Judgment entered this 27th day of March, 2019.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BLAKE ANTHONY ERVIN, Appellant

No. 05-18-00534-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 5, Dallas County, Texas
Trial Court Cause No. F17-75942-L.
Opinion delivered by Justice Schenck.
Justices Brown and Pedersen, III participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered this 27th day of March, 2019.